UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 19-cr-20581

v.                                                       Hon. Matthew F. Leitman

RONALD BARTLE,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S
### MOTION TO AMEND SENTENCE (ECF No. 25)

On November 5, 2020, Defendant Ronald Bartle filed a motion to amend his sentence. (*See* Mot., ECF No. 25.)  Bartle says that his sentencing was delayed by 114 days because of the COVID-19 pandemic, and he says that during that time he was in state custody rather than federal custody. (*See id.*)  Bartle explains that he did not receive credit against his federal sentence for the 114-day delay because he was in state custody during that time. (*See id.*)  He contends that if his sentencing had proceeded as scheduled, he would have begun serving his sentence without the 114-day delay, and he would thus end up serving 114 days less in custody. (*See id.*)

The Court understands Bartle's position, and it is a reasonable one.  It is regrettable that due to the COVID-19 pandemic, many proceedings, including Bartle's sentencing, had to be delayed.  Unfortunately, the Court is not aware of a

lawful basis to reduce Bartle's final sentence based on that delay. Accordingly, the Court must **DENY** Bartle's motion to amend his sentence.

    **IT IS SO ORDERED**.

Dated: February 19, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761